FILED
AUG 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-CR-164-MHT |
| ) | [21 USC § 841(a)(1); |
| LEZEL RICH ) | 18 USC § 922(g)(1); |
| a.k.a. "Pee-Wee" ) | 18 USC § 924(c)(1)(A)(i)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 22, 2007, in Butler County, Alabama, within the Middle District of Alabama, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee,"

did knowingly and intentionally distribute a mixture or substance containing cocaine base, commonly referred to as "crack," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about March 2, 2007, in Butler County, Alabama, within the Middle District of Alabama, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee,"

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, and cocaine base, commonly referred to as "crack," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about February 22, 2007, in Butler County, Alabama, within the Middle District of Alabama, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee,"

knowingly used and carried a firearm during and in relation to and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: distribution of cocaine base as charged in Count 1 of this Indictment, and possession with intent to distribute marijuana and cocaine base as charged in Count 2 of this Indictment. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about February 22, 2007, in Butler County, Alabama, within the Middle District of Alabama, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee,"

having been previously convicted of felonies, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

| CONVICTION DATE | COURT | OFFENSE | CASE NUMBER |
|---|---|---|---|
| November 21, 2005 | Circuit Court of Butler County, Alabama | Burglary 2nd Degree | CC-2005-221 |
| November 21, 2005 | Circuit Court of Butler County, Alabama | Burglary 3rd Degree | CC-2005-220 |

did knowingly and willfully possess firearms, in and affecting commerce, that is a loaded Smith &

Wesson, model S&W Long, .32 caliber revolver, and a Sportarms, .22 caliber pistol, better descriptions of which are unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION - 1

A. Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for any violation as alleged in Counts 1 and 2 of this indictment, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the alleged violations.

C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable

property.

## FORFEITURE ALLEGATION - 2

A. Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for any violation as alleged in Counts 3 and 4 of this indictment, the defendant,

LEZEL RICH,
a.k.a. "Pee-Wee",

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

(a) One Smith & Wesson, model S&W Long, .32 caliber revolver;

(b) One Sportarms, .22 caliber pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting

any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
JERUSHA T. ADAMS
Assistant United States Attorney