IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr164-MHT |
| LEZEL RICH | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #14) due to a potential conflict, filed by Michael J. Peterson, it is

ORDERED that the motion is GRANTED. The Court notes that Attorney Crowell Pate DeBardeleben has been appointed to represent defendant Lezel Rich for all future proceedings.

DONE this 12th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE