IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2007 SEP 13 A 9: 23

UNITED STATES OF AMERICA            *

                                    *

DEBRA P. HACKETT, CLR
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.                              * 2:07cr164-MHT

LEZEL RICH                          *

## NOTICE OF APPEARANCE

COMES NOW, Attorney Pate DeBardeleben, and gives notice that he shall represent the

interest of the above named Lezel Rich, in all matters of the above styled case.

Respectfully submitted this the 11th day of September, 2007.

Pate DeBardeleben, Attorney for Lezel Rich

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Jerusha T.

Adams by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 11th day of September,

2007.

Pate DeBardeleben