IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr164-MHT |
| LEZEL RICH | ) | |

## ORDER ON MOTION

Upon consideration of the Government's motion for release of prisoner (Doc. # 19), filed on September 21, 2007, and for good cause, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of LEZEL RICH (Rich) to ATF Special Agent Will Panoke from September 25, 2007, through December 31, 2007, so that said agent can take Rich into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Special Agent Will Panoke shall return Rich into the custody of the United States Marshals Service when they have finished with him.

DONE this 21st day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE