IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * 2:07cr164-MHT |
| LEZEL RICH | * |

## MOTION TO WITHDRAW

COMES NOW, the above named Lezel Rich, and through counsel, moves this Court to allow appointed counsel to withdraw his representation of the defendant. As grounds for said motion, counsel avers the following;

1. The Defendant is scheduled for trial on December 10, 2007.

2. Counsel for the Defendant has been attempting to reach a mutually agreeable plea in the above styled case.

3. A Plea Agreement has been proposed by the Government and the United States Probation Office has completed an Estimated Guidelines Calculation for the Defendant.

4. The Defendant does not believe that Counsel for the Defendant has reached the lowest proposed plea agreement and the Guidelines calculation.

5. The Defendant has requested new counsel be appointed to represent him in this matter.

6. The deadline for a plea with the Court is November 28, 2007 and if new counsel is appointed they would likely need to continue the case to preserve the deadline.

WHEREFORE, counsel moves this Court to allow his withdrawal as counsel for the defendant.

Respectfully submitted this the 20th day of November, 2007.

*[signature: Pate DeBardeleben]*

Pate DeBardeleben, Attorney for the defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Jerusha Adams by mailing to P.O. Box 197, Montgomery, AL 36101-0197, on this the 20th day of November, 2007.

*[signature: Pate DeBardeleben]*

Pate DeBardeleben