IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr164-MHT |
| | ) | |
| LEZEL RICH | ) | |

## ORDER

On November 20, 2007, the counsel for the defendant, Attorney Crowell Pate DeBardeleben, filed a Motion to Withdraw as Attorney (Doc. # 23). It is ORDERED that the motion be set for a hearing on Wednesday, November 28, 2007 at 8:30 a.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant be present at the hearing.

DONE this 27th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE