IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr164-MHT |
| | ) | |
| LEZEL RICH | ) | |

## **ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw as Counsel of Record filed by Attorney Crowell Pate DeBardeleben on November 20, 2007 (Doc. 23), is DENIED.

Upon consideration of the ORAL MOTION to extend time to change plea requested by the defendant in open court on November 28, 2007, IT IS FURTHER ORDERED that the motion is GRANTED and the defendant is allowed until December 5, 2007 to change his plea.

DONE this 28th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE