IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

NORTHERN DIVISION

RECEIVED
2007 DEC -4  P 2: 40

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| vs. | * CASE NO. 2:07cr164-MHT |
| LEZEL RICH | * |
| Defendant | * |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Lezel Rich, and through counsel, gives notice that he intents to change his plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 4th day of December, 2007.

*[signature]*

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Jerusha Adams A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 4th day of December, 2007.

*[signature]*

Pate DeBardeleben