IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CR. NO. 3:07cr-164-MHT |
| LEZEL RICH | * |

## MOTION FOR PLEA HEARING TRANSCRIPT

COMES NOW the above named Lezel Rich, and through counsel does move this Court for a transcript of the Plea Hearing held on December 5, 2007 in the Court of Judge Wallace Capel, Jr. As grounds for said request the following is submitted :

1. Counsel for Mr. Rich is appointed and is entitled to a copy of the transcript without cost.

2. Counsel for Mr. Rich needs the transcript to adequately prepare for Sentencing in the Court of Judge Myron Thompson.

4. There are issues and understandings which were placed on the record which could aid the Sentencing Court.

WHEREFORE, Lezel Rich moves this court to provide him a copy of the Plea Hearing transcript which was recorded on December 5th, 2007 in the above styled Criminal Case.

Respectfully submitted this the 6th day of December, 2007.

Pate DeBardeleben, Attorney for Lezel Rich

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Jerusha Adams by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 6th day of December, 2007.

Pate DeBardeleben