IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr164-MHT |
| LEZEL RICH | ) | |

**ORDER ON MOTION**

Upon consideration of Lezel Rich's Motion for Plea Hearing Transcript (Doc. #35), filed on December 7, 2007, and for good cause, it is

ORDERED that the motion (Doc. #35) is GRANTED.

DONE this 10th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE