# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| ALM | Rich, Lezel | | | 080116000053 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:07-000164-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. v. Rich | Felony | Adult Defendant | RECEIVED |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**    If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT OF FIREARMS, ETC.

2007 DEC 26  P 12: 18

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

**Sentencing Hearing Preparation**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

**Plea Hearing held on 12/5/07 before Judge Wallace Capel, Jr.**

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary) | Judge's Initials

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited    ☐ Daily    ☐ Hourly Transcript    ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement    ☐ Prosecution Argument    ☐ Prosecution Rebuttal
☐ Defense Opening Statement    ☐ Defense Argument    ☐ Voir Dire    ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney _C. Pate DeBardeleben_    Date 12-26-07

**C. Pate DeBardeleben**
Printed Name

Telephone Number: **334-213-0609**

☒ Panel Attorney    ☐ Retained Atty    ☐ Pro-Se    ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order **12-14-07**    Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**
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

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS
125 Lamar Rd
Hope Hull Al 36043
Telephone Number 262-1221

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 1-20 | 20 | 3.65 | 73.00 | | 73.00 |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | 73.00 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _Patricia Stokie_    Date: 12-19-07

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk    Date 12-26-07

**23. APPROVED FOR PAYMENT**
Signature of Judge, Court of Clerk    Date 1-14-08

**24. AMOUNT APPROVED**