IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL ACTION NO.
                                )      2:07cr164-MHT
LEZEL RICH                       )
a.k.a. "Pee Wee"                )

<u>ORDER</u>

It is ORDERED that the motion to substitute counsel (Doc. No. 41) is granted.

DONE, this the 22nd day of February, 2008.


        /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE