```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
v.                          )   CASE NO. 2:07cr164-MHT
                            )
LEZEL RICH                  )
a.k.a. "Pee-Wee"            )
```

**O R D E R**

Upon consideration of the Motion to Strike Forfeiture Allegation-1 (doc. no. 42) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-1 is hereby stricken.

DONE, this the 22nd day of February, 2008.


                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE