```
       IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
                             )
    v.                        )    CASE NO. 2:07cr164-MHT
                             )
**LEZEL RICH**               )
**a.k.a. "Pee-Wee"**         )

### FINAL ORDER OF FORFEITURE

WHEREAS, on December 14, 2007, this Court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

> One Smith & Wesson, .32 caliber revolver, model S&W Long, bearing serial number 669656; and,
>
> One Sportarms, .22 caliber pistol, bearing serial number 023999.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Lezel Rich a.k.a. "Pee-Wee" had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 924(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the government's motion for final order of forfeiture (doc. no. 46) is granted as follows:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Smith & Wesson, .32 caliber revolver, model S&W Long, bearing serial number 669656; and,
>
> One Sportarms, .22 caliber pistol, bearing serial number 023999.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 29th day of February, 2008.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE